# Exhibit A

https://quizlet.com/924118764/barkley-drt-flash-cards/
Barkley DRT Flashcards
Seller – wizz139 - teacher
Upload date: 6/9/24



https://quizlet.com/912107540/barkley-drt-flash-cards/
Barkley DRT Flashcards
Seller- Joyce_Joyce313
Created 5/9/24



https://quizlet.com/890368376/barkley-drt-flash-cards/
Barkley DRT Flashcards
Seller - emilyannperez15
Created 3/9/24



https://quizlet.com/927916494/barkley-pnp-drt-2-flash-cards/
Barkley PNP DRT 2
Seller - Manasseh_Taliban
Created 7/7/24



https://quizlet.com/916354419/barkley-drt-flash-cards/
Barkley DRT Flashcards
Seller: gatono
Created 2 months ago



https://quizlet.com/927916352/barkley-pnp-drt-1-flash-cards/

Barkley PNP DRT 1

Seller - Manasseh_Taliban

5 days ago



https://quizlet.com/nl/924399956/barkley-drt-1-flash-cards/

Barkley DRT 1

Seller: Barkley DRT 1 – teacher

Created – 4 weeks ago



https://quizlet.com/924118535/barkley-drt-1-flash-cards/

Barkley DRT 1

Seller – Wizz135 teacher

Created 4 weeks ago



https://quizlet.com/ca/881556585/barkley-drt-1-flash-cards/

Barkley DRT 1

Seller – savee71

Created: 5 months ago



https://quizlet.com/923491470/barkley-drt-1-flash-cards/

Barkley DRT 1

Seller – machariarosze – teacher

Created – 1 month ago



https://quizlet.com/926483953/barkley-pnp-drt-2-flash-cards/

Barkley PNP DRT 2

Seller - edwin_rayori – teacher

Created – 2 weeks ago



https://quizlet.com/nl/920725634/barkley-drt-1-flash-cards/

Barkley DRT 1

Seller - Mugweru Raphael – dcgkjngd – teacher



https://quizlet.com/762353804/barkley-3p-flash-cards/

Barkley 3P

Seller - Holly_Derenne

Created – 2 years ago



https://quizlet.com/867946302/barkley-3p-flash-cards/

Barkley 3P

Seller – ChandlerChrista – top creator on Quizlet

Created – 6 months ago



https://quizlet.com/ca/881555223/agacnp-barkley-review-combined-flash-cards/?funnelUUID=41a20186-d7f2-49ed-bc42-a26be276d659

AGACNP Barkley Review: Combined

Seller – Savee71

Created 5 months ago



https://quizlet.com/ca/881557916/barkley-agacnp-must-knows-for-ancc-board-exam-flash-cards/?funnelUUID=aa172205-27f1-46c4-bbf8-34d085d9e8a7

Barkley AGACNP Must Knows for ANCC Board Exam

Seller – savee71

Created 5 months ago

