Brian S. Tamsut, No. 322,780 btamsut@socalip.com

Michael D. Harris, No. 59,470 mharris@socalip.com

Jonathan P. Pearce, No. 245,776 jpearce@socalip.com

SoCal IP Law Group llp

310 N. Westlake Blvd., Suite 120

Westlake Village, CA 91362-3788

Phone: (805) 230-1350

Attorneys for Barkley & Associates Inc.

**United States District Court**

**Central District of California – Central Division**

| | |
|---|---|
| Barkley & Associates, Inc., a California Corporation,<br><br>        Plaintiff,<br><br>               v.<br><br>Quizlet, Inc., a Delaware corporation registered in California<br><br>        Defendants. | Case No. 2:24-cv-5964<br><br>Amended Complaint for:<br><br>(1) Trademark Infringement [15 U.S.C. § 1114]<br>(2) Copyright Infringement [17 U.S.C. § 101 *et seq.*]<br>(3) Lanham Act Unfair Competition [15 U.S.C. § 1125(a)]<br>(4) Common Law Trademark Infringement<br>(5) Unfair Business Practices [Cal. Bus. & Prof. Code § 17200]<br>(5) Unfair Business Practices [Cal. Bus. & Prof. Code § 17200]<br>(6) Vicarious Copyright Infringement [17 U.S.C. § 106]<br><br>Demand for Jury Trial |

**FIRST CLAIM FOR RELIEF – TRADEMARK INFRINGEMENT**

**[15 U.S.C. § 1114]**

A.   **Introduction**

1.   Plaintiff Barkley & Associates Inc. ("Barkley") specializes in creating test preparation materials for graduate nursing students studying to become certified nurse practitioners. Barkley creates a variety of study materials including printed study manuals, practice questions, digital study materials, recorded courses, and more. Barkley meticulously protects all its study materials by registering them with the United

Sates Copyright Office. Defendant Quizlet Inc. ("Quizlet") hosts copies of Barkley study materials and distributes them without a license to users in California, the United States, and all over the world. Quizlet also puts its trademark and materials over Barkley materials and invites users to download materials off the Quizlet website. These illegal sales have resulted in not only lost profits to Barkley but have damaged Barkley's reputation. Because Barkley registered the copied works before Quizlet began Quizlet's infringement, Barkley is entitled to statutory damages of at least $1,080,000. These statutory damages will compensate Barkley for (1) lost sales (2) a reasonable royalty for all infringed copies (3) corrective advertising to educate consumers on the counterfeits still floating around e-commerce stores.

B.    **SUBJECT MATTER JURISDICTION**

2.    Barkley is a California corporation registered to do business in California with a business address at 8060 Melrose Avenue, Suite 230, Los Angeles, CA 90046. Barkley also provides instructors around the country for live courses including in Illinois, Ohio, and 10 other states around the United States.

3.    This action arises under the trademark laws of the United States, 15 U.S.C. § 1051, *et seq.*, and under the copyright laws of the United States, 17 U.S.C. § 501 *et seq.*, and California and statutory unfair competition under California law. This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b) because Plaintiff's federal claims arise under the Lanham Act, 15 U.S.C. § 1051 *et seq.* and the Copyright Act 17 U.S.C. § 501 *et seq.* This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 (federal question), 1338 (copyrights and trademarks), and 15 U.S.C. § 1121 (Lanham Act and unfair competition). This Court has subject matter jurisdiction over Plaintiff's related California claims (Fifth and Sixth Claims for Relief) under 28 U.S.C. §§ 1338(b) and 1367 because the state law claims are claims of unfair competition when joined with a substantial and related claim under the copyright or trademark laws.

C.    **PERSONAL JURISDICTION AND VENUE**

4.    This Court has personal jurisdiction over Quizlet because Quizlet purpose-fully directs its activities toward and conducts business with consumers in the State of California and in this district. Quizlet conducted business in the jurisdiction of the United States District Court for the Central District of California by offering for sale, advertising for sale, and selling infringing goods in Los Angeles, Ventura, and Santa Barbara counties, including soliciting California consumers to buy infringing product via social media websites.

5.    This court has personal jurisdiction over Quizlet because Quizlet offers goods for sale in this District, through the advertisement, offer to sell, sale, and ship-ment of infringing goods into Los Angeles, Ventura, and Santa Barbara counties, Cal-ifornia.

6.    Quizlet also keeps offices and does business out of California. Quizlet's own incorporation documents list a California address at 123 Townsend Street, 6th Floor, San Francisco, California 94107.

D.    **FACTS**

7.    Barkley creates test preparation materials for students studying to become nurse practitioners. These study materials come in the form of home courses, study manuals, textbooks, recordings of classes, and other study materials. The materials come in both digital and print form. A sampling of Barkley's materials is reproduced below:



Amend                                                          v. Quizlet Inc.
2:24-cv-5964





8. Barkley protects its study materials not only by registering them with the US copyright office but by registering its federal trademarks which Barkley displays on all its materials, so consumers know the source of test preparation materials. Below are Barkley's trademarks that it displays on its materials:

| US Trademark Registration No. | Trademark |
| --- | --- |
| 6272223 | Barkley & ASSOCIATES |
| 6270781 | BARKLEY & ASSOCIATES |

9. A sampling of Plaintiff's copyright works is produced below:

| Title | Copyright No. |
| --- | --- |
| Adult-Gerontology Acute Care Nurse Practitioner ACNP | TX0008198957 |

| | |
|---|---|
| Adult-Gerontology Primary Care Nurse Practitioner AGPCNP | TX0008198960 |
| Pediatric Primary Care Nurse Practitioner PNP | SR0000998279 |
| Psychiatric Mental Health Nurse Practitioner PMHNP | TX0008199468 |
| Women's Health Care Nurse Practitioner WHNP | TX0008204759 |
| Family Nurse Practitioner | TX0008204763 |
| Emergency Nurse Practitioner ENP | TX0008891069 |
| Adult-Gerontology Acute Care Nurse Practitioner Audio Recordings | SR881728 |
| Adult-Gerontology Primary Care Nurse Practitioner Audio Recordings | SR881-483 |
| Pediatric Primary Care Nurse Practitioner Audio Recordings | SR880376 |
| Psychiatric Mental Health Nurse Practitioner Audio Recordings | SR881727 |
| Family Nurse Practitioner Audio Recordings | SR880380 |
| Women's Health Care Nurse Practitioner Audio Recordings | SR881545 |
| Emergency Nurse Practitioner Audio Recordings | SR881735 |

10. On information and belief, Quizlet obtained copies of multiple different Barkley study resources.

11. On information and belief, Quizlet created unauthorized copies of Barkley study materials and invited users to visit the Quizlet site.

12. For example, Quizlet makes copies of Barkley study materials and plasters the Quizlet name on them and entices users to visit the Quizlet site instead of Barkley's as shown below:



Barkley & Associates Inc. v. Quizlet Inc.
Case No.: 2:24-cv-5964

13. Quizlet neither had permission nor a license to sell or make copies of any Barkley study materials.

14. Quizlet also allows users to post copyright protected Barkley material on the Quizlet website. A sample of Quizlet's infringement can be found as Exhibit A.

15. Barkley's study materials also displayed multiple BARKLEY & ASSOCIATES® and copyright protected © symbols. These symbols put Quizlet on notice that Quizlet was infringing Barkley's trademark and copyrights.

16. Despite these warnings Quizlet actively pursued potential customers for counterfeit goods by soliciting people to create Quizlet accounts and pay for study materials.

17. On information and belief Quizlet obtained copies of multiple different Barkley study resources.

18. Quizlet made and continues to make products that copy the total image of Barkley's products, in violation of Barkley's intellectual property rights.

19. Barkley neither approved nor authorized Quizlet's use of Barkley's trademarks, trade dress or copyrights.

20. Quizlet's unsanctioned products are likely to confuse consumers, create a false association between those products and Barkley's, and dilute Barkley's famous brand.

21. Unless the Court permanently enjoins Quizlet from continuing to sell infringing goods, the infringement will continue, and consumers will continue to be confused.

22. Barkley has spent over two decades and significant money on advertising, promoting, and marketing its test preparation goods. The BARKLEY & ASSOCIATES brand and its test preparation goods have achieved widespread recognition and fame throughout the United States.

23. Barkley is the owner of all the rights, title, and interest in the two registered trademarks it affixes to all its goods.

24. Quizlet infringed Barkley's trademark by enticing nursing students to use infringing materials posted to Quizlet rather than purchase legitimate Barkley products.

25. Quizlet also infringed Barkley's marks when reproducing counterfeit documents. Quizlet chose to keep the Barkley registered trademark logo and BARKLEY & ASSOCIATES® trademark on pages to fool consumers into thinking they were purchasing legitimate Barkley products.

26. Barkley also owns extensive common law rights in the BARKLEY & AS-SOCIATES marks for Barkley's goods and services. Barkley continuously used the marks in interstate commerce in connection with the sale, distribution, promotion, and advertising of genuine Barkley test preparation goods and services since Quizlet's respective dates of first use.

27. Because of continuous and long-standing promotion, substantial sales, and consumer recognition, Barkley has developed powerful trademarks rights and has built substantial goodwill.

28. Having distinctive trademarks that are readily identifiable is an important factor in creating and maintaining a market for Barkley's goods and services, and in identifying Barkley and its brands, and in distinguishing Barkley's products from the products of others.

29. Quizlet's use of Barkley's trademarks is likely to confuse, mislead, or deceive potential consumers, purchasers, and the general buying public as to the source, origin, sponsorship, or affiliation of Quizlet's goods with Barkley's and is likely to cause people to believe erroneously that Quizlet's goods have been authorized, sponsored, approved, endorsed, or licensed by Barkley or that Quizlet is affiliated with Barkley.

30. Quizlet's unauthorized use of Barkley's trademarks is trademark infringement of Barkley's federally registered trademarks that has caused damage to Barkley

and the substantial business and goodwill embodied in Barkley's trademarks in violation of 15 U.S.C. § 1114.

31. As a direct and proximate result of Quizlet's wrongful acts, Barkley suffered, continues to suffer, and is likely to suffer damage to its trademarks, business reputation, and goodwill that money cannot compensate. Unless enjoined, Quizlet will continue to use Barkley's marks or confusingly similar marks and will cause irreparable damage to Barkley, Barkley's trademarks, and to the business and goodwill they represent for which Barkley has no adequate remedy at law.

32. Barkley further has the right to recover from Quizlet the actual damages Barkley sustained, is sustaining, or is likely to sustain because of defendant's wrongful acts.

33. Upon information and belief, Quizlet obtained gains, profits, and advantages because of Quizlet's wrongful acts and will continue to do so in an amount yet to be determined.

34. Quizlet's use of Barkley's trademarks and confusingly similar marks has been intentional and willful. Quizlet's bad faith is evidenced by the egregious and prominent use of Barkley's trademarks in connection with the sale and promotion of competing goods and the extensive nature of the infringement. Because of the willful nature of Quizlet's wrongful acts, Barkley is entitled to an award of treble damages and increased profits under 15 U.S.C. § 1117.

35. Quizlet copied Barkley's marks because Quizlet knows that doing so would garner attention and drive sales to it, confuse consumers and damage Barkley.

36. Because of Quizlet's infringement of Barkley's registered marks, Barkley should be entitled, subject to the principles of equity, to recover (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) costs. 15 U.S.C. § 1117(a).

37. Under 15 U.S.C. § 1117(a), Quizlet's infringement of Barkley's registered trade dress lets this Court enhance the damages arising from infringement, up to three times the actual damages, according to the circumstances. The circumstances here

warrant the enhancement to address a variety of undercompensated harm, including difficulty in assessing damage and lost profits cannot address the ongoing harm, and enhanced damages advance the cause of deterring Quizlet and others similarly situated from repeating this unfair and deceptive behavior.

38. Barkley is entitled to recover its attorney fees in exceptional cases under 15 U.S.C. § 1117(a). This case is exceptional considering the totality of the circumstances.

39. Quizlet also uses artificial intelligence to generate copies of Barkley study materials (discussed more below). Quizlet's use of AI to generate copies and derivative works of Barkley copyrighted materials is another act of direct infringement.

## SECOND CLAIM FOR RELIEF - COPYRIGHT INFRINGEMENT
### [17 U.S.C. § 501]

40. Barkley repeats the allegations of the previous paragraphs.

41. Barkley's test preparation materials including PDFs, written manuals, textbooks, study guides, practice tests, classroom recordings and all elements thereof in all versions of development and production are all original works containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17 U.S.C. § 101, et. seq.

42. Barkley owns copyrights on its various study materials which have been registered with the United Stated Copyright Office. Copies of those Registration Certificates are attached as Exhibit B.

43. Barkley's certificates of copyright registrations were made within five years of the first publication, so they are prima facie evidence of the validity of the copyrights and of the facts stated in the certificates.

44. Quizlet directly infringed Barkley's exclusive rights in its registered works in violation of 17 U.S.C. § 501.

Amended Complaint                    10                    Barkley & Associates Inc. v. Quizlet Inc.
                                                          Case No.: 2:24-cv-5964

45. Quizlet's sale of infringing testing material, including digital PDFs, infringes Barkley's exclusive right to sell copies of the copyrighted work, and to publicly display the copyrighted work under 17 U.S.C. § 106.

46. Quizlet infringed Barkley's exclusive rights granted to it as the lawful copyright owner, and Quizlet unlawfully trespassed into Barkley's exclusive domain by creating and selling unauthorized versions of Barkley's copyrighted work.

47. Quizlet sells products that copy Plaintiff's copyrighted materials. Quizlet also publishes and displays, every day, throughout the internet on its website and on the sites of Quizlet's authorized e-commerce re-sellers, labels that infringes Barkley's copyrighted material. Quizlet violated at least one of the exclusive rights in 17 U.S.C. § 106.

48. Quizlet seeks to capitalize, unilaterally, on Barkley's exclusive copyright rights. Quizlet's infringing acts have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source of Quizlet's products and have deceived and are likely to deceive the relevant consuming public into believing, mistakenly, that Quizlet's goods originate from, are associated, or affiliated with, or are otherwise authorized by Barkley.

49. Because of Quizlet's copyright infringement, Barkley suffered damages and Quizlet earned profits Quizlet otherwise would not have earned.

50. On information and belief, Quizlet's infringing conduct alleged was and continues to be willful and with full knowledge of Barkley's rights and has enabled Quizlet illegally to obtain profit therefrom.

51. Barkley is entitled to the maximum statutory damages under 17 U.S.C. § 504(c) for Quizlet's willful infringing conduct, and for such other amount as may be proper under 17 U.S.C. § 504(c).

52. As a direct and proximate result of the Quizlet's infringing conduct, Barkley sustained and will continue to sustain substantial, immediate, and irreparable in-

jury for which there is no adequate remedy at law. Unless Quizlet's infringing conduct is enjoined, Quizlet will continue to infringe the copyrighted work. Barkley is entitled to permanent injunctive relief restraining and enjoining Quizlet's ongoing infringing conduct.

53. Barkley is entitled to a rebuttable presumption of irreparable harm upon a finding of trademark infringement under 15 U.S.C. § 1116.

54. Plaintiff is also entitled to statutory damages under 17 U.S.C. § 504 of at least $30,000 per infringing work. Because Quizlet's infringement was willful, Quizlet is liable for statutory damages of $150,000 under 17 U.S.C. § 504(c)(2).

55. Quizlet also feeds Barkley copyright materials into its Q-chat and other AI features (further discussed below). Feeding Barkley copyright materials to a generative AI necessarily requires Quizlet make an unauthorized copy of Barkley copyright materials and is another act of direct infringement.

## THIRD CLAIM FOR RELIEF FALSE DESIGNATION OF ORIGIN / UNFAIR COMPETITION [15 U.S.C. § 1125(A)]

56. Barkley repeats the allegations of the previous paragraphs.

57. Quizlet's unauthorized use of Barkley's trademarks, trade dress, and copyrights and confusingly similar versions constitutes a false designation of origin that is likely to cause consumer confusion, mistake, or deception as to the origin, sponsorship, or approval of Quizlet's competing test preparation goods by creating the false and misleading impression that Quizlet's goods are produced by, authorized by, or otherwise associated with Barkley.

58. As a direct and proximate result of Quizlet's wrongful acts, Barkley has suffered, continues to suffer, and is likely to suffer damage to its brands, business reputation, and goodwill that money cannot compensate. Unless enjoined, Quizlet will continue to use Barkley's trademarks, trade dress, and copyrights and will cause irreparable damage to Barkley and to the represented business and goodwill, for which Barkley has no adequate remedy at law.

59. Quizlet's conduct constitutes false designation of origin and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

60. Barkley is also entitled to recover from Quizlet the actual damages Barkley has sustained, is sustaining, and is likely to sustain because of Quizlet's wrongful acts.

61. Because of the willful nature of Quizlet's wrongful acts, Barkley is entitled to an award of treble damages and increased profits under 15 U.S.C. § 1117.

62. Because this is an exceptional case, Barkley is also entitled to recover its costs of suit and its attorneys' fees under 15 U.S.C. § 1117.

63. Quizlet's unauthorized use of Barkley's trademarks, trade dress and copyrights is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Quizlet's goods, and is likely to cause consumers to believe, contrary to fact, that Quizlet's goods are sold, authorized, endorsed, or sponsored by Barkley, or that Quizlet are affiliated with or sponsored by Barkley.

64. Quizlet's unauthorized use in commerce of Barkley's trademarks, trade dress and copyrights constitutes use of a false designation of origin and unfair competition.

65. Upon information and belief, Quizlet's conduct is willful, is intended to, and is likely to cause confusion, mistake, or deception as to Quizlet's affiliation, connection, or association with Barkley.

66. Quizlet's conduct is causing immediate and irreparable harm and injury to Barkley, and to its goodwill and reputation, and will continue to both damage Barkley and confuse the public unless enjoined by this court. Barkley has no other adequate remedy at law.

67. Barkley is entitled to, among other relief, injunctive relief, and an award of actual damages, Quizlet's profits, enhanced damages and profits, reasonable attorneys' fees, and costs under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post judgment interest.

## FOURTH CLAIM FOR RELIEF – COMMON LAW TRADEMARK IN-FRINGEMENT [CALIFORNIA COMMON LAW]

68. Barkley repeats the allegations of the previous paragraphs.

69. Barkley owns the common law trademark rights to its trademarks and source identifying marks.

70. Barkley has common law priority over Quizlet.

71. Consumers are being confused and misled by Quizlet's labels, which Quizlet intentionally makes to copy Barkley's trademarks and divert away Barkley's customers and create a false endorsement by Barkley.

72. Quizlet willfully infringed and continues to willfully infringe Barkley's trademark Registration No. 6,272,223.

73. Quizlet willfully infringed and continues to willfully infringe Barkley's trademark Registration No. 6,270,781.

74. Copies of those trademark Registration Certificates are attached as Exhibit C.

75. Quizlet's acts are unfair competition under California common law.

76. Quizlet knew or should have known that Quizlet's infringement would cause Barkley to lose business.

77. On information and belief, Quizlet's conduct was unlawful, unfair, and fraudulent and has had the potential to cause confusion. Quizlet's conduct alleged above constitutes unfair competition under California common law.

78. As a direct and proximate result of Quizlet's conduct, Barkley lost sales that but for Quizlet's conduct it would have made. Barkley also suffered and will continue to suffer damages to its business, reputation, and goodwill, in an amount to be established.

79. As a direct and proximate result of Quizlet's wrongful acts, Barkley suffered and will continue to suffer substantial financial losses and irreparable injury to

Amended Complaint                    14                    Barkley & Associates Inc. v. Quizlet Inc.
Case No.: 2:24-cv-5964

its business reputation and goodwill. Barkley's remedy at law is not adequate to compensate for injuries Quizlet inflicted so Barkley is entitled to injunctive relief.

80. Because of Quizlet's wrongful acts, Barkley is and was, and will be deprived of the profits and benefits of its business relationships, agreements, and transactions with its existing and prospective customers. Quizlet wrongfully obtained those profits and benefits in an amount Barkley will prove.

81. On information and belief, Quizlet's acts as described above were done with oppression, fraud and malice, entitling Barkley to an award of punitive damages, in an amount to be established.

82. Quizlet's actions demonstrate an intentional, willful, and malicious intent to misappropriate Barkley's efforts developing and marketing its products.

83. Quizlet acted in reckless disregard of Barkley's rights.

84. Quizlet knowingly copied Barkley's trade dress to engage in trade dress and trademark infringement.

85. Barkley sent cease-and-desist letters to Quizlet before it sued, but Quizlet refused to stop making and selling products composed of Barkley's copyrighted materials and affixed with Barkley's trademarks.

86. With no relent, Quizlet made, and continues to make, infringing versions of Barkley testing materials with a willful and conscious disregard of Barkley's rights.

87. Even after Plaintiff informed Quizlet that Quizlet infringing materials were appearing on other websites, Quizlet continued to post Barkley materials.

88. Consumers are also becoming confused and reaching out to Barkley thanking them for materials posted to Quizlet:

Amended Complaint    15    Barkley & Associates Inc. v. Quizlet Inc.
Case No.: 2:24-cv-5964

From: Rebecca Martin <rebecca.martin@ua.edu>
Sent: Monday, April 24, 2023 11:35 AM
To: Thomas W Barkley, Jr <barkley@npcourses.com>; Bianca (@ Barkley & Associates) <bianca@npcourses.com>
Subject: recent Test information

Dr. Barkley and Bianca,

I hope this email finds you well. I had a student email me today regarding the 3ps test taken last Friday. The student stated they were looking into the "Barkley 3Ps" and stumbled upon "Quizlet". The student went on to say they reviewed the information on the site without knowing it was a direct quote from the '3Ps'. I googled 3ps Barkley and saw "Quizlet" listed on the first page.

You may be aware of the site but I appreciate all of you help with preparing our students.

Sincerely,

Rebecca

Rebecca Martin | DNP, CRNP, FNP-BC
Clinical Assistant Professor/
Family Nurse Practitioner Program Coordinator
Capstone College of Nursing
The University of Alabama
650 University Boulevard, East,
Tuscaloosa, AL 35401
Phone 205-348-9052 | Fax 205-348-5559
ramartin7@ua.edu | http://nursing.ua.edu

89. Quizlet's decision to continue to create and advertise new products without changing its infringing labels and documents is evidence of Quizlet's intent to deprive Barkley of its property.

90. Barkley has a famous reputation that needs to avoid being associated with Quizlet's products, but Quizlet's intentional conduct damages Barkley's reputation.

91. Quizlet has been unjustly enriched from Quizlet's infringements and other alleged acts, Barkley, therefore, also is entitled to recover any unjust enrichment caused by Quizlet's misappropriation of Barkley's property.

92. As a direct and proximate result of Quizlet's acts, Barkley has suffered and will continue to suffer damages, including lost profits, in an amount subject to proof.

93. Quizlet's infringement and palming off was willful and designed to damage Barkley. Therefore, Quizlet is liable for enhanced and punitive damages.

**FIFTH CLAIM FOR RELIEF - UNFAIR BUSINESS PRACTICES**

**[CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200]**

94. Barkley repeats the allegations of the previous paragraphs.

95. Quizlet engaged in unfair business practices under Cal. Bus. & Prof. Code § 17200 by engaging in unlawful and unfair conduct, as described above.

96. Quizlet consciously designed Quizlet's product to imitate and copy Barkley's copyright protected digital and print media to create a likelihood of confusion

and to blur the distinction between Quizlet's products and Barkley's well-known company and famed nurse test prep materials.

97. Quizlet's acts caused Barkley to lose sales and profits from those sales.

98. Quizlet's trademark, trade dress and copyright infringement caused Barkley's lost sales and profits.

99. Barkley would not have suffered the same losses despite Quizlet's acts.

100. As a proximate and foreseeable result of Quizlet's violations of the California unfair competition law, Barkley suffered lost-sales damages in an amount presently unknown.

101. Quizlet received profits and revenue Barkley otherwise would have received by Quizlet's selling products that consumers mistakenly thought were made by Barkley.

102. Barkley's market share was also diminished because of Quizlet's conduct, which caused decreased sales and loss of profits. Quizlet's conduct also caused Barkley to suffer increased advertising costs.

103. By misappropriating and using Barkley's protected marks, trade dress, copyrights, label, artwork, design, and related protected works, Quizlet misrepresented and falsely described to the public the origin and source of the products and created a likelihood of confusion by ultimate purchasers as to both the source and sponsorship of these products.

104. Barkley has been and will continue to suffer damages and irreparable harm from sales lost to Quizlet because of Quizlet's unfair competition unless Quizlet is enjoined from engaging in such further acts.

### SIXTH CLAIM - VICARIOUS COPYRIGHT INFRINGEMENT
### [17 U.S.C. §§ 106]

105. Barkley repeats the allegations of the previous paragraphs.

106. Under information and belief Quizlet retained at least one third party to train Quizlet's AI products.

107.    The AI products are derivative works of Barkley's copyrighted works.

108.    Quizlet has the right and ability to supervise its third party's infringing conduct and a direct financial interest in its infringing activity.

109.    Quizlet is liable for copyright infringement by the third party Quizlet retained another if the person has profited directly from the infringing activity and had the right and ability to supervise or control the infringing activity, whether or not the person knew of the infringement

110.    Quizlet is liable for vicarious copyright infringement because it offers a feature in which users may use artificial intelligence ("AI") generated from Barkley flashcards, quizzes and materials to generate flashcards, quizzes and materials that are derivative works of Barkley's copyrighted works.

111.    Quizlet offers its feature directly on the Quizlet website at https://quizlet.com/features/learn (accessed Feb. 7, 2025). An image from the Quizlet website is reproduced below.



112.   Quizlet induces users to create paid accounts that allow them to use what Quizlet calls "Q-chat." Q-chat is an AI feature in which Quizlet uses the information from Barkley's flashcard set to assist learners with options like "teach me," "quiz me," "apply my knowledge," and "ask a question."

113.   Under information and belief, the AI may not always present the same examples or topics when Q-chat is activated, whether through a shared link or by pasting the Internet web address. This means the AI generates different topics each time. Q-chat is designed to evolve continuously, starting with a randomly selected flashcard topic and then providing definitions and guidelines before leading into a question.

114.   Under information and belief, Quizlet trains Q-chat AI using Barkley materials.

115.   Quizlet customers require a Quizlet account to access Q-chat features.

116.   Samples of the Q-chat infringements are produced below:





117.    The AGMP Test # 2 is a Barkley-created practice test.

118.    Under information and belief, Quizlet also allows users to purchase a Quizlet+ account, which gives access to more AI features that use Barkley materials.

119.    Quizlet+ AI features include a "Learn" button that uses an AI tutor to train students using Barkley materials, a "Test" button that uses AI to generate a practice exam based upon Barkley materials, a "Match" button that allows students to generate a matching game based upon Barkley materials, and a "Blast" button which allows users to generate a video game based upon Barkley study materials.

120.    An example of these features used with Barkley study materials is produced below:



121.   Upon clicking "learn," Quizlet+ prompts users use Quizlet+AI to gener-ate a practice test as shown below:



122.   Upon clicking "Test," Quizlet+ prompts users use Quizlet+AI to set parameters for a practice test it generates. The test can also be downloaded in its entirety and shared with other users. Quizlet encourages users to share the material by allowing the test to be embedded in websites:



123.   Upon clicking "Start Test," Quizlet+ prompts users use Quizlet+AI to generate a test with questions Barkley wrote:



124.   The test generated from this AI button is attached as Exhibit D.

125.   Upon clicking "Blast," Quizlet+ prompts users to us Quizlet+AI to generate a game. Quizlet+AI generates the game from Barkley's content that the user can play and memorize definitions as shown below. The computer display also admits that Blast is derived from Barkley.



126.   Upon clicking "play" the Quizlet AI generates a game derived from Barkley exam questions:



132.    Under information and belief Quizlet also gives users the ability to combine different Barkley study sets and generate more tests from them. An example of Barkley materials being combined with Quizlet+ AI is shown below:



133. Upon combining sets, Quizlet+ AI offers a feature allowing students to generate and share practice tests. See below:



134. Quizlet is liable for vicarious copyright infringment because it actively encourages its users to make copies of Barkley materials to use in Quizlet AI features.

135. Using Quizlet's AI features necessarily requires making exact copies of Barkley materials and making unauthorized derivative works of Barkley materials.

136. Quizlet has the right and ability to supervise the infringing conduct because Quizlet requires that Quizlet users create a Quizlet+ account and or sign in before making copies of Barkley test materials or feeding Barkley test materials into Quizlet AI features.

137. Quizlet has a direct financial interest in the infringing activity because it charges users a monthly subscription for Quizlet+ accounts that give users access to Barkley materials and Quizlet AI features that use Barkley materials.

138. Quizlet's users are also vicarious infringers because they download, print, and make copies of both original Barkley copyright materials uploaded to Quizlet, and AI generated Barkley materials generated by Quizlet.

139.   Under information and belief Quizlet also directs third party AI vendors such as Open AI to train models and present users with content generated from Barkley materials. Presenting Barkley materials found on the Quizlet website to third party AI vendors is also an act of vicarious trademark liability.

## REQUEST FOR RELIEF

WHEREFORE, Barkley respectfully prays for:

1. A judgment and order that Quizlet willfully: (A) infringed Barkley's trademarks in violation of 15 U.S.C. §1114, (B) infringed Barkley's trade dress in violation of the Lanham Act 43(a), (C) infringed Barkley's registered copyrights in violation of 17 U.S.C §§ 101 *et seq.*, (D) used false designations of origin and engaged in unlawful unfair competition in violation of 15 U.S.C § 1125(a), (E) engaged in unfair competition under California common law, and (F) engaged in unfair business practices in violation of Cal. Bus. & Prof. Code § 17200.

2. A judgment and order enjoining Quizlet and all Quizlet's affiliates, officers, partners, authorized retailers and distributors, agents, employees, contractors, attorneys, and all other persons acting in concert with Quizlet or at the direction of Quizlet, during the pendency of this action and permanently thereafter from manufacturing, minting, labeling, designing, making, offering, delivering, displaying, warehousing, storing, transporting, promoting, advertising, publicizing, distributing, offering for sale, or selling any of Quizlet's products that bear Barkley's trademarks, trade dress, and copyrights, including substantially similar or indistinguishable versions thereof or therefrom, or any other marks, trade dress, designs, artwork, packaging, bottles, labels, names, symbols, or logos that are likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that any products emanating from Quizlet's or any of Quizlet's commercial activities are sponsored, licensed, or authorized by Barkley, or are connected or affiliated with Barkley;

3. A judgment and order that Quizlet and all Quizlet's affiliates, officers, partners, authorized retailers and distributors, agents, employees, contractors, attorneys, and all other persons acting in concert or at the direction of Quizlet, during the pendency of this action and permanently thereafter that Quizlet must deliver to Barkley for destruction all products, bottles, labels, files, labels graphics, artwork, designs, promotional materials, business cards, signs, labels, advertisements, flyers, circulars, all the foregoing including both digital and physical files and materials, and any other items in any of Quizlet's possession, custody, or control bearing confusingly similar copies of Barkley's marks, trade dress, and copyrights, and related labels and logos or any simulation, reproduction, copy or colorable imitation thereof, and all plates, molds, matrices, and other means of production under 15 U.S.C. § 1118.

4. A judgment and order that Quizlet and all Quizlet's affiliates, officers, partners, authorized retailers and distributors, agents, employees, contractors, attorneys, and all other persons acting in concert with Quizlet or at the direction of Quizlet, during the pendency of this action and permanently thereafter be enjoined and restrained from:

(a) using any reproduction, copy, or colorable imitation of the Barkley marks, trade dress, copyrights, and related labels and logos, to identify any goods or the rendering of any services not authorized by Barkley;

(b) engaging in any course of conduct likely to cause confusion, deception, or mistake, or injure Barkley's business reputation or weaken the distinctive quality of the Barkley marks, trade dress, copyrights, and related labels and logos;

(c) using a false description or representation including words or other symbols falsely describing or representing Quizlet's unauthorized goods as being those of Barkley or sponsored by or associated with Barkley and from offering such goods in commerce;

(d) further infringing the Barkley marks, trade dress, copyrights, and related labels and logos by manufacturing, producing, importing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying or otherwise disposing of any products not authorized by Barkley bearing any simulation, reproduction, copy or colorable imitation of the Barkley marks, trade dress, copyrights, and related labels and logos;

(e) using any simulation, reproduction, copy or colorable imitation of the Barkley marks, trade dress, copyrights, and in the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or relate or connect, such products to Barkley, or to any goods sold, made, sponsored or approved by, or connected with Barkley;

(f) making any statement or representation, or using any false designation of origin or false description, or performing any act that can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed, imported sold or offered for sale, or rented by Quizlet is associated or connected with Barkley; or is sold, manufactured, licensed, sponsored, approved or authorized by Barkley;

(g) engaging in any conduct infringing the Barkley marks, trade dress, copyrights, and, of Barkley's rights in Barkley's marks, trade dress, copyrights, and related labels, or constituting any weakening of Barkley's name, trade dress, reputation, or goodwill;

(h) using or continuing to use Barkley marks, trade dress, copyrights, and or trade names or trade dress or any variation thereof on the Internet (either in the text of websites, as a domain name, or as a key word, search word, metatag, or any part of the description of the site in any submission for registration of any Internet site with a search engine or index) in any goods or services not directly authorized by Barkley;

(i) hosting or acting as internet service provider for or operating any websites that offer for sale any products bearing the Barkley marks, trade dress, copyrights.

(j) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records that contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, or displaying of all unauthorized products that infringe the Barkley marks, trade dress, copyrights; and

(k) affecting assignments or transfers, forming new entities or associations, or utilizing any other device to circumvent or otherwise avoiding the prohibitions in subparagraphs (a) through (j).

5. A judgment and order that Quizlet and all Quizlet's affiliates, officers, partners, authorized retailers and distributors, agents, employees, contractors, attorneys, and all other persons acting in concert with Quizlet or at the direction of Quizlet, within ten days of judgment, take all steps necessary to remove from all websites it owns or controls all text or other media offering for sale any merchandise bearing copies of the Barkley marks, trade dress, copyrights, including substantially similar versions thereof and therefrom.

6. A judgment and order granting an award of damages suffered by Barkley according to proof at the time of trial.

7. A judgment and order that Quizlet account to Barkley for all profits earned because of Quizlet's acts in violation of Barkley's rights and disgorgement of those profits to Barkley.

8. A judgment and order granting an award of three times the amount of compensatory damages and increased profits under 15 U.S.C. § 1117.

9. A judgment and order that Quizlet, on behalf of all Quizlet's affiliates, officers, partners, authorized retailers and distributors, agents, employees, contractors, attorneys, and all other persons acting in concert with Quizlet or at the direction of Quizlet, within 30 days of judgment, file with this court and serve Barkley with a notarized sworn statement under 15 U.S.C. § 1116(a) detailing the manner and form in which Quizlet complied with the final judgment and order.

10. Directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving any erroneous impression that any products manufactured, sold, or otherwise circulated or promoted by Quizlet are authorized by Barkley or related to Barkley's products.

11. A judgment and order that Quizlet pay Barkley's costs with reasonable attorneys and investigators fees and prejudgment interest under 15 U.S.C. § 1117.

12. A judgment and order granting an award of punitive damages to Barkley for Quizlet's willful, malicious, and bad faith conduct under California common law.

13. A judgment and order directing this Court retain jurisdiction to enable Barkley to apply to the Court at any time for further orders and interpretation or execution of any order entered, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations.

14. Awarding Barkley such other and further just and proper relief.

February 28, 2025

/s/ Brian Tamsut
Brian Tamsut
SOCAL IP LAW GROUP LLP

Attorney for Plaintiff Barkley & Associates Inc.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues triable to a jury.

February 28, 2025

/s/ Brian Tamsut
Brian Tamsut
SOCAL IP LAW GROUP LLP

Attorney for Plaintiff Barkley & Associates Inc.

| Amended Complaint | 31 | Barkley & Associates Inc. v. Quizlet Inc. Case No.: 2:24-cv-5964 |