UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-05964-WLH-E | Date | June 20, 2025 |
| Title | Barkley and Associates, Inc. v. Quizlet, Inc. | | |

Present: The Honorable **WESLEY L. HSU, United States District Judge**

| Dominque Carr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael D. Harris | Sarah Fink |

**Proceedings:** MOTION TO DISMISS FIRST AMENDED COMPLAINT [87]
DEFENDANT'S MOTION TO BIFURCATE DISCOVERY [89]

    The matter is called and counsel state their appearances. The Court's Tentative Ruling was issued on June 20, 2025. Court and counsel confer. The Tentative Ruling on Defendant's Motion to Bifurcate Discovery [89] is adopted as the Court's Final Ruling. The Motion to Dismiss the First Amended Complaint [87] is taken under submission.

 

                                                                                                             1 : 12

Initials of Deputy Clerk   DC