TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DIANA C. BUCK (CSB No. 339314)
dbuck@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for QUIZLET, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUIZLET, INC.,<br><br>Defendant. | Case No.: 2:24-cv-5964-WLH-E<br><br>**DEFENDANT QUIZLET, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |

## GENERAL RESPONSE

Defendant Quizlet, Inc. ("Quizlet") answers the First Amended Complaint ("FAC") of Plaintiff Barkley & Associates, Inc. ("Plaintiff" or "Barkley") as follows:

Except as expressly admitted herein, Quizlet denies the allegations set forth in the FAC. Paragraph numbers in this Answer correspond and respond to the allegations in the numbered paragraphs of the FAC. To the extent allegations in a numbered paragraph of the FAC purport to cite to, refer to, or characterize allegations

FENWICK & WEST LLP
ATTORNEYS AT LAW

in other paragraphs of the FAC, Quizlet incorporates and reasserts its responses to those paragraphs.  To the extent the paragraphs in the FAC are grouped under headings and sub-headings, Quizlet responds generally that such headings and sub-headings (repeated below only for the ease of reference) state unsupported legal conclusions to which no response is required.  To the extent a response is necessary, Quizlet denies each heading and sub-heading in the FAC and incorporates by reference in each paragraph below.  Where the FAC cites to external sources, those sources speak for themselves; therefore, Quizlet neither admits nor denies the contents or accuracy of those sources.

**FIRST CLAIM FOR RELIEF – TRADEMARK INFRINGEMENT**

**[15 U.S.C. § 1114]**

**A.      INTRODUCTION**

1.      Quizlet admits that its website contains materials posted at the direction of Quizlet users.  Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 1 concerning Barkley and therefore denies them.  Paragraph 1 includes legal conclusions to which no response is required.  To the extent a response is required, Quizlet denies the remaining allegations of Paragraph 1.

**B.      SUBJECT MATTER JURISDICTION**

2.      Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 2 and therefore denies them.

3.      Paragraph 3 includes legal conclusions to which no response is required.  To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 3 and therefore denies them.

**C.      PERSONAL JURISDICTION AND VENUE**

4.      Paragraph 4 includes legal conclusions to which no response is required.  To the extent a response is required, Quizlet admits that it conducts business in

California, including in Los Angeles, Ventura, and Santa Barbara counties. Quizlet denies the remaining allegations in Paragraph 4.

5. Paragraph 5 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet admits that it conducts business in California, including in Los Angeles, Ventura, and Santa Barbara counties. Quizlet denies the remaining allegations in Paragraph 5.

6. Quizlet admits that it conducts business in California. Quizlet admits its principal place of business is 123 Townsend St., Suite 600, San Francisco, CA 94107.

**D.    FACTS**

7. The images in Paragraph 7 speak for themselves. Quizlet lacks sufficient information as to the creation of the images in Paragraph 7; therefore, Quizlet does not admit or deny their contents. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 7 and therefore denies them.

8. With respect to any alleged trademark registrations, those documents speak for themselves, and no response is required. Quizlet further responds that Paragraph 8 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 8 and therefore denies them.

9. With respect to any alleged copyright registrations, those documents speak for themselves, and no response is required. Quizlet further responds that Paragraph 9 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 9 and therefore denies them.

10. Quizlet admits that its website contains materials posted at the direction of Quizlet users. Quizlet denies the remaining allegations in Paragraph 10.

11. Quizlet denies the allegations in Paragraph 11.

FENWICK & WEST LLP
ATTORNEYS AT LAW

12. The image in Paragraph 12—which does not appear on the Quizlet website, and which Quizlet denies creating or contributing to, even in part—speaks for itself. Quizlet denies the remaining allegations in Paragraph 12.

13. Paragraph 13 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet denies the allegations in Paragraph 13.

14. Quizlet admits that its website contains materials posted at the direction of Quizlet users. To the extent the allegations in Paragraph 14 refer to Exhibit A to the FAC, that document speaks for itself. Quizlet denies the remaining allegations in Paragraph 14.

15. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 15 concerning the display of copyright protected symbols on Barkley's study materials and therefore denies them. Quizlet denies the remaining allegations in Paragraph 15.

16. Quizlet denies the allegations in Paragraph 16.

17. Quizlet admits that its website contains materials posted at the direction of Quizlet users. Quizlet denies the remaining allegations in Paragraph 17.

18. Quizlet denies the allegations in Paragraph 18.

19. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 19 and therefore denies them.

20. Quizlet denies the allegations in Paragraph 20.

21. Quizlet denies the allegations in Paragraph 21.

22. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 22 about Barkley's advertising, promotion, and marketing, and therefore denies them. Quizlet denies the remaining allegations in Paragraph 22.

23. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 23 and therefore denies them.

FENWICK & WEST LLP
ATTORNEYS AT LAW

24.    Quizlet denies the allegations in Paragraph 24.

25.    Quizlet denies the allegations in Paragraph 25.

26.    The first sentence of Paragraph 26 includes legal conclusions to which no response is required.  To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 26 and therefore denies them.

27.    Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 27 about Barkley's promotional activities, sales and consumer recognition and therefore denies them.  Quizlet denies the remaining allegations in Paragraph 27.

28.    Paragraph 28 includes legal conclusions to which no response is required.  To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 28 and therefore denies them.

29.    Quizlet denies the allegations in Paragraph 29.

30.    Quizlet denies the allegations in Paragraph 30.

31.    Quizlet denies the allegations in Paragraph 31.

32.    Quizlet denies the allegations in Paragraph 32.

33.    Quizlet denies the allegations in Paragraph 33.

34.    Quizlet denies the allegations in Paragraph 34.

35.    Quizlet denies the allegations in Paragraph 35.

36.    Quizlet denies the allegations in Paragraph 36.

37.    Quizlet denies the allegations in Paragraph 37.

38.    Quizlet denies the allegations in Paragraph 38.

39.    Quizlet makes available to users certain features that utilize artificial intelligence.  Quizlet denies the remaining allegations in Paragraph 39.

FENWICK & WEST LLP
ATTORNEYS AT LAW

## SECOND CLAIM FOR RELIEF COPYRIGHT INFRINGEMENT
### [17 U.S.C. § 501]

40. Quizlet repeats and re-alleges all of its answers above as if set forth fully herein.

41. Paragraph 41 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 41 and therefore denies them.

42. To the extent the allegations in Paragraph 42 refer to Exhibit B to the FAC, that document and the documents referenced in Exhibit B speak for themselves. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the document attached as Exhibit B to the FAC, including the truth or falsity of any portion of its contents. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 42 and therefore denies them.

43. Many of the certificates that Barkley attaches as its Exhibit B were registered more than five years after the listed dates of first publication, and Quizlet therefore denies the allegations in Paragraph 43 as to those certificates. Paragraph 43 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 43 and therefore denies them.

44. Quizlet denies the allegations in Paragraph 44.

45. Quizlet denies the allegations in Paragraph 45.

46. Quizlet denies the allegations in Paragraph 46.

47. Quizlet denies the allegations in Paragraph 47.

48. Quizlet denies the allegations in Paragraph 48.

49. Quizlet denies the allegations in Paragraph 49.

50. Quizlet denies the allegations in Paragraph 50.

51. Quizlet denies the allegations in Paragraph 51.

52. Quizlet denies the allegations in Paragraph 52.

53. Quizlet denies the allegations in Paragraph 53.

54. Quizlet denies the allegations in Paragraph 54.

55. Quizlet denies the allegations in Paragraph 55.

## THIRD CLAIM FOR RELIEF FALSE DESIGNATION OF ORIGIN / UNFAIR COMPETITION [15 U.S.C. § 1125(A)]

56. Quizlet repeats and re-alleges all of its answers above as if set forth fully herein.

57. Quizlet denies the allegations in Paragraph 57.

58. Quizlet denies the allegations in Paragraph 58.

59. Quizlet denies the allegations in Paragraph 59.

60. Quizlet denies the allegations in Paragraph 60.

61. Quizlet denies the allegations in Paragraph 61.

62. Quizlet denies the allegations in Paragraph 62.

63. Quizlet denies the allegations in Paragraph 63.

64. Quizlet denies the allegations in Paragraph 64.

65. Quizlet denies the allegations in Paragraph 65.

66. Quizlet denies the allegations in Paragraph 66.

67. Quizlet denies the allegations in Paragraph 67.

## FOURTH CLAIM FOR RELIEF – COMMON LAW TRADEMARK INFRINGEMENT [CALIFORNIA COMMON LAW]

68. Quizlet repeats and re-alleges all of its answers above as if set forth fully herein.

69. Paragraph 69 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 69 and therefore denies them.

FENWICK & WEST LLP
ATTORNEYS AT LAW

70.    Paragraph 70 includes legal conclusions to which no response is required. To the extent a response is required, Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 70 and therefore denies them.

71.    Quizlet denies the allegations in Paragraph 71.

72.    Quizlet denies the allegations in Paragraph 72.

73.    Quizlet denies the allegations in Paragraph 73.

74.    To the extent the allegations in Paragraph 74 refer to Exhibit C to the FAC, that document speaks for itself. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the document attached as Exhibit C to the FAC, including the truth or falsity of any portion of its contents, and it therefore denies the allegations in Paragraph 74.

75.    Quizlet denies the allegations in Paragraph 75.

76.    Quizlet denies the allegations in Paragraph 76.

77.    Quizlet denies the allegations in Paragraph 77.

78.    Quizlet denies the allegations in Paragraph 78.

79.    Quizlet denies the allegations in Paragraph 79.

80.    Quizlet denies the allegations in Paragraph 80.

81.    Quizlet denies the allegations in Paragraph 81.

82.    Quizlet denies the allegations in Paragraph 82.

83.    Quizlet denies the allegations in Paragraph 83.

84.    Quizlet denies the allegations in Paragraph 84.

85.    Quizlet admits that Plaintiff sent Quizlet correspondence concerning materials on the Quizlet website. Quizlet denies the remaining allegations in Paragraph 85.

86.    Quizlet denies the allegations in Paragraph 86.

87.    Quizlet denies the allegations in Paragraph 87.

FENWICK & WEST LLP
ATTORNEYS AT LAW

88.     The image in Paragraph 88 speaks for itself.  Quizlet lacks sufficient information as to the creation of the image in Paragraph 88.  Quizlet lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 88 and therefore denies them.

89.     Quizlet denies the allegations in Paragraph 89.

90.     Quizlet denies the allegations in Paragraph 90.

91.     Quizlet denies the allegations in Paragraph 91.

92.     Quizlet denies the allegations in Paragraph 92.

93.     Quizlet denies the allegations in Paragraph 93.

**FIFTH CLAIM FOR RELIEF UNFAIR BUSINESS PRACTICES**

**[CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200]**

94.     Quizlet repeats and re-alleges all of its answers above as if set forth fully herein.

95.     Quizlet denies the allegations in Paragraph 95.

96.     Quizlet denies the allegations in Paragraph 96.

97.     Quizlet denies the allegations in Paragraph 97.

98.     Quizlet denies the allegations in Paragraph 98.

99.     Quizlet denies the allegations in Paragraph 99.

100.    Quizlet denies the allegations in Paragraph 100.

101.    Quizlet denies the allegations in Paragraph 101.

102.    Quizlet denies the allegations in Paragraph 102.

103.    Quizlet denies the allegations in Paragraph 103.

104.    Quizlet denies the allegations in Paragraph 104.

**SIXTH CLAIM VICARIOUS COPYRIGHT INFRINGEMENT**

**[17 U.S.C. §§ 106]**

105.    Quizlet repeats and re-alleges all of its answers above as if set forth fully herein.

106.    Quizlet denies the allegations in Paragraph 106.

FENWICK & WEST LLP
ATTORNEYS AT LAW

107. Quizlet denies the allegations in Paragraph 107.

108. Quizlet denies the allegations in Paragraph 108.

109. Quizlet denies the allegations in Paragraph 109.

110. Quizlet denies the allegations in Paragraph 110.

111. Quizlet admits that it makes certain features available on its website. To the extent the allegations in Paragraph 111 purport to summarize or characterize the contents of the webpage located at https://quizlet.com/features/learn, the document speaks for itself. The image in Paragraph 111 speaks for itself.

112. Quizlet admits that, at one point, it made available a feature called Q-Chat that utilizes artificial intelligence, and that allowed users to study by choosing from preset modes such as "Quiz me." Quizlet denies the remaining allegations in Paragraph 112.

113. Quizlet admits that, at one point, it made available a feature called Q-Chat that utilizes artificial intelligence, and that allowed users to study by selecting user-generated content and then choosing from different preset modes. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 113 and therefore denies them.

114. Quizlet denies the allegations in Paragraph 114.

115. Quizlet denies the allegations in Paragraph 115.

116. The images in Paragraph 116 speak for themselves. Quizlet lacks sufficient information as to the creation of the images in Paragraph 116; therefore, Quizlet does not admit or deny their contents. Quizlet denies that the images in Paragraph 116 show "infringements" by Quizlet.

117. Quizlet lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 117 and therefore denies them.

118. Quizlet admits that its users may enroll in a paid subscription called Quizlet Plus, which allows users to interact with features that utilize artificial intelligence. Quizlet denies the remaining allegations in Paragraph 118.

DEFENDANT QUIZLET, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT                    10                    Case No.: 2:24-cv-5964-WLH-E

119.   Quizlet admits that it offers different learning modes called "Learn," "Test," "Match," and "Blast" to its users, allowing users to study posted user-generated flashcard sets. Quizlet denies the remaining allegations in Paragraph 119.

120.   The image in Paragraph 120 speaks for itself.  Quizlet lacks sufficient information as to the creation of the image in Paragraph 120; therefore, Quizlet does not admit or deny its contents.  Quizlet lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 120 and therefore denies them.

121.   Quizlet admits that the "Learn" mode allows its users to study a user-generated flashcard set through different question formats.  The image in Paragraph 121 speaks for itself.  Quizlet lacks sufficient information as to the creation of the image in Paragraph 121; therefore, Quizlet does not admit or deny its contents. Quizlet denies the remaining allegations in Paragraph 121.

122.   Quizlet admits that the "Test" mode allows its users to study a user-generated flashcard set through different question formats.  The image in Paragraph 122 speaks for itself.  Quizlet lacks sufficient information as to the creation of the image in Paragraph 122; therefore, Quizlet does not admit or deny its contents. Quizlet denies the remaining allegations in Paragraph 122.

123.   The image in Paragraph 123 speaks for itself.  Quizlet lacks sufficient information as to the creation of the image in Paragraph 123; therefore, Quizlet does not admit or deny its contents.  Quizlet denies the remaining allegations in Paragraph 123.

124.   To the extent the allegations in Paragraph 124 refer to Exhibit D to the FAC, that document speaks for itself.  Quizlet lacks sufficient information as to the creation of the document attached as Exhibit D to the FAC, including the truth or falsity of any portion of its contents.  Quizlet lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 124 and therefore denies them.

125.    Quizlet admits that the "Blast" mode allows its users to study a selected user-generated flashcard set in a game format where the flashcard set content is displayed on moving asteroids. The image in Paragraph 125 speaks for itself. Quizlet lacks sufficient information as to the creation of the image in Paragraph 125; therefore, Quizlet does not admit or deny its contents. Quizlet denies the remaining allegations in Paragraph 125.

126.    The image in Paragraph 126 speaks for itself. Quizlet lacks sufficient information as to the creation of the image in Paragraph 126; therefore, Quizlet does not admit or deny its contents. Quizlet denies the remaining allegations in Paragraph 126.

127.    There is no Paragraph 127 in the First Amended Complaint, and thus no response is required.

128.    There is no Paragraph 128 in the First Amended Complaint, and thus no response is required.

129.    There is no Paragraph 129 in the First Amended Complaint, and thus no response is required.

130.    There is no Paragraph 130 in the First Amended Complaint, and thus no response is required.

131.    There is no Paragraph 131 in the First Amended Complaint, and thus no response is required.

132.    Quizlet admits that it allows users to combine selected user-generated flashcard sets into one set. The image in Paragraph 132 speaks for itself. Quizlet lacks sufficient information as to the creation of the image in Paragraph 132; therefore, Quizlet does not admit or deny its contents. Quizlet denies the remaining allegations in Paragraph 132.

133.    Quizlet admits that it allows users to generate a practice test from content posted at the direction of its users. The image in Paragraph 133 speaks for itself. Quizlet lacks sufficient information as to the creation of the image in

FENWICK & WEST LLP
ATTORNEYS AT LAW

Paragraph 133; therefore, Quizlet does not admit or deny its contents. Quizlet denies the remaining allegations in Paragraph 133.

134. Quizlet denies the allegations in Paragraph 134.

135. Quizlet denies the allegations in Paragraph 135.

136. Quizlet admits that Quizlet+ users create accounts and sign in to use Quizlet+ features. Quizlet denies the remaining allegations in Paragraph 136.

137. Quizlet admits that users may enroll in a paid monthly subscription for Quizlet Plus. Quizlet denies the remaining allegations in Paragraph 137.

138. Quizlet denies the allegations in Paragraph 138.

139. Quizlet denies the allegations in Paragraph 139.

## REQUEST FOR RELIEF

Quizlet denies that Plaintiff is entitled to the relief it requests or any other form of relief, and specifically denies each of the requests for relief enumerated in Paragraphs 1 through 14.

## DEMAND FOR JURY TRIAL

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Quizlet respectfully requests a jury trial on all issues so triable, including without limitation, Plaintiff's claims and Quizlet's defenses thereto.

## DEFENSES

As separate and distinct affirmative defenses to all claims and causes of actions alleged in the FAC, Quizlet alleges as follows:

### First Affirmative Defense

### (No Commercial Use of Trademark)

There is no commercial use of any of Plaintiff's alleged marks by Quizlet.

### Second Affirmative Defense

### (No Likelihood of Consumer Confusion)

There is no likelihood of confusion as to the source of Plaintiff's goods that may be connected to any allegations in the Complaint.

DEFENDANT QUIZLET, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT                    13                    Case No.: 2:24-cv-5964-WLH-E

## **Third Affirmative Defense**

### **(Lack of Distinctiveness)**

Plaintiff's trademark claims fail because its purported trademarks are not distinctive amongst a crowded field.

## **Fourth Affirmative Defense**

### **(Lack of Specific Knowledge)**

Quizlet's lack of specific knowledge of alleged underlying infringement bars the claims against Quizlet.

## **Fifth Affirmative Defense**

### **(Lack of Willfulness and Innocent Conduct)**

Plaintiff has no claim for the maximum statutory damages because any conduct by Quizlet was innocent, not willful.

## **Sixth Affirmative Defense**

### **(Failure to Register Copyrights)**

To the extent that Plaintiff did not register its copyrights before the alleged infringements or within three months of first publication of the alleged works, under 17 U.S.C. § 412, the failure to register timely bars Plaintiff's claims for statutory damages and attorneys' fees.

## **Seventh Affirmative Defense**

### **(Invalidity or Unenforceability of Copyright)**

Plaintiff's claims fail in whole or in part to the extent the accused Quizlet products include works in the public domain, unregistered works, works to which copyright protection has been abandoned or expired, works not subject to copyright protection under 17 U.S.C. § 102(b), or otherwise unprotectable under applicable law.

FENWICK & WEST LLP
ATTORNEYS AT LAW

**Eighth Affirmative Defense**

**(Idea-Expression Dichotomy)**

Plaintiff's copyright claim fails because it improperly asserts copyright protection over an idea, rather than an expression of an idea.

**Ninth Affirmative Defense**

**(Lack of Originality)**

Plaintiff's copyright claim fails because it improperly asserts copyright protection over unprotectable facts. Copyright protects original works of authorship. 17 U.S.C. § 102(a). The doctrine does not extend protection to facts embodied in such a work.

**Tenth Affirmative Defense**

**(*De Minimis* Copying)**

Any copying by Quizlet of any protectable expression is *de minimis* as compared to the asserted copyrighted works as a whole. All legal and equitable relief Plaintiff seeks is barred on that basis.

**Eleventh Affirmative Defense**

**(Lack of Volitional Conduct)**

Quizlet's lack of any volitional conduct relating to alleged infringement bars any liability of Quizlet.

**Twelfth Affirmative Defense**

**(Fair Use)**

Any use by Quizlet or by Quizlet's users of Plaintiff's asserted trademarks or copyrights is a fair use including pursuant to 17 U.S.C. § 107, 15 U.S.C. § 1125(c)(3)(A), 15 U.S.C. § 1115(b)(4), judicial doctrines on fair use, and the relevant factors therein. Therefore, any use is not infringing or impermissible. All legal and equitable relief Plaintiff seeks is barred by the doctrine of fair use.

## Thirteenth Affirmative Defense

### (Digital Millenium Copyright Act Safe Harbor)

The Online Copyright Infringement Liability Limitation Act, 17 U.S.C. § 512, limits the remedies available to Plaintiff against Quizlet: it precludes any monetary relief and any broad injunction.

## Fourteenth Affirmative Defense

### (Good Faith)

Plaintiff's claims are barred, in whole or in part, because Quizlet's actions were at all times conducted in good faith, motivated by legitimate business reasons, and in compliance with all applicable laws.

## Fifteenth Affirmative Defense

### (Unclean Hands)

Plaintiff is not entitled to any equitable relief as Plaintiff stands before this Court with unclean hands.

## Sixteenth Affirmative Defense

### (Failure to Mitigate)

Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to mitigate its alleged damages.  Alternatively, any damages sustained by Plaintiff, which Quizlet denies, must be reduced by the amount that such damages would have been reduced had Plaintiff exercised reasonable diligence in mitigating its damages.

## Seventeenth Affirmative Defense

### (No Damages)

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered any damages or injury.

### Eighteenth Affirmative Defense

### (Damages Speculative)

Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged damages and injury, if any, are purely speculative and impossible to prove or allocate with reasonable certainty.

### Nineteenth Affirmative Defense

### (Attorneys' Fees Improper)

Plaintiff's claims for attorneys' fees are barred, in whole or in part, because Plaintiff fails to state a cause of action or set forth facts sufficient to support a claim for attorneys' fees.

### Twentieth Affirmative Defense

### (Injunctive Relief)

Plaintiff's claims for injunctive relief are barred, in whole or in part, because Plaintiff has failed to state facts sufficient to provide a legal or factual basis to award injunctive relief, and Plaintiff has adequate remedies at law.

### Twenty-First Affirmative Defense

### (No Punitive Damages)

Plaintiff's claims for punitive damages are barred, in whole or in part, because Plaintiff cannot make the legal showing required to recover punitive damages.

### Twenty-Second Affirmative Defense

### (Laches)

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches, as Plaintiff waited an unreasonably long time to file this lawsuit, and Quizlet's ability to defend the lawsuit has been prejudiced as a result.

### Twenty-Third Affirmative Defense

### (Statute of Limitations)

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

DEFENDANT QUIZLET, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT                    17                    Case No.: 2:24-cv-5964-WLH-E

**Twenty-Fourth Affirmative Defense**

**(Waiver/Estoppel)**

Plaintiff's claims are barred, in whole or in part, because Plaintiff, by virtue of its own conduct, has waived and/or is estopped from asserting any of the claims upon which it seeks relief.

**Twenty-Fifth Affirmative Defense**

**(CDA Section 230)**

Plaintiff's claims are barred in whole or in part because Quizlet is a provider of an interactive computer service and is immune from liability under 47 U.S.C. § 230.

**Twenty-Sixth Affirmative Defense**

**(No Common Law Trademarks/Trade Dress)**

The Complaint fails to state a claim for common law trademark infringement upon which relief can be granted. Plaintiff fails to describe any alleged common law trademarks and/or trade dress, and none are readily discernible.

**Twenty-Seventh Affirmative Defense**

**(Due Process)**

Plaintiff's claims for damages are barred to the extent they seek to impose punitive damages that are grossly excessive or imposed without adequate procedural protections.

**RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES**

Quizlet does not presently know all facts concerning the conduct and claims of Plaintiff, and thus lack a sufficient basis to form a belief as to whether it may have additional, as yet unstated, defenses. Quizlet accordingly reserves the right to assert additional defenses in the event that discovery or investigation reveals that they would be appropriate.

FENWICK & WEST LLP
ATTORNEYS AT LAW

## **PRAYER FOR RELIEF**

Quizlet requests that this Court enter a judgment in its favor and against Plaintiff as follows:

A.      Dismissing Plaintiff's First Amended Complaint in its entirety and entering judgment for Quizlet and against Plaintiff;

B.      Awarding Quizlet its reasonable costs and fees, including attorneys' fees; and

C.      Granting other and further relief as this Court may deem just and proper.

Dated:  September 25, 2025          FENWICK & WEST LLP


By: /s/ Tyler G. Newby
       Tyler G. Newby

       Attorneys for Quizlet, Inc.