UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUIZLET, INC., <br><br> Defendant. | Case No.: 2:24-cv-5964-WLH-E <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT QUIZLET, INC.'S MOTION TO ENFORCE APRIL 11, 2025 SANCTIONS ORDER** |

On February 11, 2026, Defendant Quizlet, Inc. filed a motion to enforce the Court's April 11, 2025 Order to reimburse Quizlet for its fees and costs incurred in the preparation and execution of the deposition of Michael Vu. Dkt. 79. Quizlet requested the Court Order Plaintiff to pay Quizlet $31,011.18 within seven days of the Court's Order, and Order any other relief this Court deems proper.

The Court, having considered Quizlet's Motion, as well as supporting documents filed therewith, and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff shall pay Quizlet $31,011.18 within seven days of this Order.

/ / /

/ / /

/ / /

-1-

1 | **IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE