UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-05964-WLH-E | Date | March 13, 2026 |
|---|---|---|---|
| Title | *Barkley and Associates, Inc. v. Quizlet, Inc.* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|
| Lesbith Castillo | None |
| Deputy Clerk | Court Reporter |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Brian Tamsut | Tyler Griffin Newby |

**Proceedings:** **(IN CHAMBERS) ORDER RE MOTION TO ENFORCE SANCTIONS HEARING [115]**

Before the Court is Defendant's Motion to Enforce Sanctions. (Mot., Dkt. No. 115). The matter is fully briefed, and the Court provided the opportunity for oral argument on March 13, 2026.[1] Having considered the evidence and arguments of both sides, the Court **ORDERS** Plaintiff or Plaintiff's counsel to pay the full requested amount of $31,011.18 within 30 days of the entry of this Order. The Court finds that the evidence supports the Court's conclusion that the full, requested amount is both reasonable and directly related to the conduct for which this Court imposed its sanction. The Court further finds Plaintiff's argument that its sanction amount is limited to $3,500 to be meritless.

**IT IS SO ORDERED.**

---

[1] Neither side chose to avail themselves of the opportunity to expand on what was submitted in their papers.