Brian S. Tamsut, CSB No. 322780
btamsut@socalip.com
Michael D. Harris, CSB No. 59470
mharris@socalip.com
Jonathan P. Pearce, CSB No. 245776
jpearce@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Boulevard, Suite 120
Westlake Village, CA  91362
Telephone:  805.230.1360
Facsimile:  805.230.1355


Attorneys for Plaintiff
BARKLEY & ASSOCIATES, INC.

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
NICHOLAS A. SANTOS
(CSB No. 335767)
nsantos@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:  415.875.2300
Facsimile:  415.281.1350

DIANA C. BUCK (CSB No. 339314)
dbuck@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Attorneys for Defendant
QUIZLET, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUIZLET, INC.,<br><br>Defendant. | Case No.: 2:24-cv-5964-WLH-E<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Hon. Wesley L. Hsu |

Pursuant to the Court's Order Re: Order/Referral to ADR (Dkt. 111), and the Court's Civil Pretrial Schedule and Trial Order (Dkt. 112) Plaintiff Barkley & Associates, Inc. and Defendant Quizlet, Inc. (collectively the "Parties") submit this joint status report regarding settlement.

On May 8, 2026, the Parties attended a full-day private mediation with Timothy Alger of Alger ADR Resolutions. The Parties did not reach a settlement at the mediation, but the Parties have continued to confer with Mr. Alger and will continue their settlement discussions during the week of May 18, 2026.

Dated:  May 15, 2026                    FENWICK & WEST LLP

                                        By: _/s/ Tyler G. Newby_____
                                             Tyler G. Newby

                                        Attorneys for Defendant
                                        QUIZLET, INC.

Dated: May 15, 2026                     SOCAL IP LAW GROUP LLP

                                        By:/s/ Brian Tamsut_____
                                            Brian Tamsut

                                        Attorneys for Plaintiff
                                        Barkley & Associates, Inc.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the undersigned attests that concurrence in the filing of the foregoing document was obtained from all its signatories.

Dated:  May 15, 2026                    /s/ Brian S. Tamsut_____
                                             Brian S. Tamsut

JOINT STATUS REPORT                          2                   Case No.: 2:24-cv-5964-WLH-E
REGARDING SETTLEMENT