TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
NICHOLAS A. SANTOS (CSB No. 335767)
nsantos@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:  415.875.2300
Facsimile:   415.281.1350

DIANA C. BUCK (CSB No. 339314)
dbuck@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Attorneys for Defendant
QUIZLET, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUIZLET, INC.,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-5964-WLH-E<br><br>**DEFENDANT QUIZLET, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　June 26, 2026<br>Time:　　　11:00 a.m.<br>Ctrm.:　　　9B, 9th Floor<br>Judge:　　　Hon. Wesley L. Hsu |

DEF.'S NTC. OF MOTION FOR
SUMMARY JUDGMENT

Case No.: 2:24-cv-5964-WLH-E

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 26, 2026 at 11:00 a.m., or as soon thereafter as counsel may be heard, Defendant Quizlet, Inc. ("Quizlet") will and hereby does move this Court for summary judgment on all of Plaintiff Barkley & Associates, Inc.'s claims on the grounds that the material facts are undisputed and Quizlet is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(a).

Quizlet bases this motion on this Notice of Motion and Motion, the supporting Joint Brief, the Joint Appendix of Facts, the Joint Appendix of Evidence, the Declaration of Tyler Newby and exhibits attached thereto, the Declaration of Matthew Kosko and exhibits attached thereto, the Declaration of Shane Mooney and exhibits attached thereto, the Second Declaration of Tyler Newby ("Second Newby Decl."), and other evidence that the Court may consider.

Counsel for Quizlet conferred with counsel for Plaintiff regarding this motion on April 24, 2026 via videoconference. The parties thoroughly discussed the substance and potential resolution of the filed motion, but were unable to come to agreement.

The parties met and conferred again on May 14, 2026 via videoconference and exchanged subsequent email correspondence regarding Quizlet's anticipated motion for summary judgment and continuation of settlement discussions following a full-day private mediation on May 8, 2026. Second Newby Decl. ¶¶ 3-4. During the call and subsequent correspondence, the parties agreed to continue with settlement discussion over the week beginning May 18, 2026. *Id.* ¶ 4. Plaintiff's counsel requested a two-week extension of the pre-trial deadlines in this case, including extending the deadline to hear motions. *Id.* ¶ 5. This extension (filed on May 15, 2026, Dkt. 135) would not move the trial date and would allow Quizlet to file its Motion for Summary Judgment on May 29, 2026, which would allow Quizlet to incorporate Plaintiff's opposition and accompanying materials into a joint filing at that time. *Id.* Plaintiff's counsel disagreed with Quizlet's position that it needed to

bring its motion for summary judgment on May 15, 2026, and because the parties had entered a stipulation, would not provide its portions of the filing on May 15, 2026. *Id.* ¶ 6.

Because the Court has not yet ruled on the Stipulation as of the date of this filing, and Plaintiff's counsel would not provide Plaintiff's portion of the joint motion, Quizlet is filing the motion for summary judgment without Plaintiff's positions. *Id.* ¶ 8. Should the Court grant the Stipulation during the week of May 18 and the parties fail to reach settlement, Quizlet will withdraw the instant motion and refile an amended motion on May 29, 2026 incorporating Plaintiff's opposition and accompanying materials that Plaintiff provides. *Id.*

Dated:  May 15, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
    Tyler G. Newby

Attorneys for Defendant
QUIZLET, INC.