TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
NICHOLAS A. SANTOS (CSB No. 335767)
nsantos@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:  415.875.2300
Facsimile:   415.281.1350

DIANA C. BUCK (CSB No. 339314)
dbuck@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Attorneys for Defendant QUIZLET, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>QUIZLET, INC.,<br><br>           Defendant. | Case No.: 2:24-cv-5964-WLH-E<br><br>**DEFENDANT QUIZLET, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT (DKTS. 139, 140)**<br><br>Date:         June 26, 2026<br>Time:         11:00 a.m.<br>Courtroom:  9B, 9th Floor<br>Judge:        Hon. Wesley L. Hsu |

FENWICK & WEST LLP

NTC. OF WITHDRAWAL OF MOTION

Case No.: 2:24-cv-5964-WLH-E

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 7-16, Defendant Quizlet, Inc. hereby withdraws its Motion for Summary Judgment (Dkts. 139, 140) (the "Motion") filed on May 15, 2026.

As explained in Quizlet's Notice of Motion for Summary Judgment, Plaintiff Barkley & Associates, Inc. and Quizlet were in settlement discussions the week of May 11, 2026 and agreed to continue those discussions into the following week (May 18-22, 2026). Dkt. 139 at 1. The parties filed a Stipulation to Modify the Schedule of Pretrial and Trial Dates on May 15, 2026 to allow further time for those discussions. *See* Dkt. 135.

Under the Stipulation, Quizlet's deadline to file a motion for summary judgment would have been May 29 instead of May 15. *See id.*; *see also* Dkt. 139 at 2. Because the Stipulation was not granted on May 15 and out of an abundance of caution not to waive its rights, Quizlet filed its Motion on May 15. *See* Dkts. 139-140. Because Plaintiff did not provide its portions of the Motion for Summary Judgment, Quizlet filed without them. *See* Dkts. 139-140. When filing its Motion, Quizlet explained that should the Court grant the Stipulation during the week of May 18 and the parties fail to reach settlement, Quizlet would withdraw its Motion and refile an amended motion for summary judgment on May 29, 2026, incorporating Plaintiff's opposition and accompanying materials that Plaintiff provides. Dkt. 139 at 2.

While the parties engaged in further settlement discussions the week of May 18, the parties did not reach a settlement. As previously represented, Quizlet now withdraws its Motion and will refile a Joint Brief, Joint Appendix of Facts, and Joint Appendix of Evidence.

Quizlet respectfully requests that the Court order the withdrawal of the Motion requested in this Notice.

Dated:  May 29, 2026

FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
    Tyler G. Newby

Attorneys for Defendant
QUIZLET, INC

FENWICK & WEST LLP

NTC. OF WITHDRAWAL OF MOTION

2

Case No.: 2:24-cv-5964-WLH-E