UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC., | Case No.: 2:24-cv-5964-WLH-E |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT QUIZLET, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT (DKTS. 139, 140)** |
| v. | |
| QUIZLET, INC., | |
| Defendant. | |

On May 29, 2026, Defendant Quizlet, Inc. filed a Notice of Withdrawal of Motion for Summary Judgment. Dkt. 143. The Court, having considered Quizlet's Notice, and finding good cause therefore, hereby ORDERS as follows:

1. Quizlet's Motion for Summary Judgment filed on May 15, 2026 (Dkts. 139, 140) is WITHDRAWN.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE