TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
NICHOLAS A. SANTOS (CSB No. 335767)
nsantos@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:  415.875.2300
Facsimile:   415.281.1350

DIANA C. BUCK (CSB No. 339314)
dbuck@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Attorneys for Defendant
QUIZLET, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUIZLET, INC., <br><br> Defendant. | Case No.: 2:24-cv-5964-WLH-E <br><br> **DEFENDANT QUIZLET, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Date:        July 10, 2026 <br> Time:       11:00 a.m. <br> Ctrm.:      9B, 9th Floor <br> Judge:      Hon. Wesley L. Hsu |

DEF.'S NTC. OF MOTION FOR
SUMMARY JUDGMENT

Case No.: 2:24-cv-5964-WLH-E

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 10, 2026 at 11:00 a.m., or as soon thereafter as counsel may be heard, Defendant Quizlet, Inc. ("Quizlet") will and hereby does move this Court for summary judgment on all of Plaintiff Barkley & Associates, Inc.'s claims on the grounds that the material facts are undisputed and Quizlet is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(a).

Quizlet bases this motion on this Notice of Motion and Motion, the supporting Joint Brief, the Joint Appendix of Facts, the Joint Appendix of Evidence, the Joint Appendix of Objections, and other evidence that the Court may consider.

Counsel for Quizlet conferred with counsel for Plaintiff regarding this motion on April 24, 2026 via videoconference. The parties thoroughly discussed the substance and potential resolution of the filed motion, but were unable to come to agreement.

Dated: May 29, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
       Tyler G. Newby

Attorneys for Defendant
QUIZLET, INC.

DEF.'S NTC. OF MOTION FOR          1          Case No.: 2:24-cv-5964-WLH-E
SUMMARY JUDGMENT