UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC., | Case No.: 2:24-cv-5964-WLH-E |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT QUIZLET, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT [139] [140] [143]** |
| QUIZLET, INC., | |
| Defendant. | |

The Court, having considered Quizlet's Notice, and finding good cause therefore, hereby **ORDERS** as follows:

1.    Quizlet's Motion for Summary Judgment filed on May 15, 2026 (Dkts. 139, 140) is **WITHDRAWN**.

2.    The Motion's hearing scheduled for June 26, 2026, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 9, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE