# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-05964-WLH-E | | Date | July 10, 2026 |
|---|---|---|---|---|
| Title | Barkley and Associates, Inc. v. Quizlet, Inc. | | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Brian Tamsut | Tyler Griffin Newby |

**Proceedings:**    **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [146]**

      The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued on July 10, 2026, and reviewed by counsel. The Court heard oral argument from the parties. The Court took the matter **UNDER SUBMISSION,** and a ruling will issue.

|  | - | : | 34 |
|---|---|---|---|
| Initials of Deputy Clerk | cgm | | |