UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC.,<br>Plaintiff,<br>v.<br>QUIZLET, INC.,<br>Defendant. | Case No.: 2:24-cv-05964-WLH-E<br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S GRANT OF DEFENDANT QUIZLET'S SUMMARY JUDGMENT MOTION** |

The Court, having considered the Defendant Quizlet, Inc. ("Defendant") and Barkley & Associates, Inc.'s ("Plaintiff") Stipulation re Plaintiff's Motion for Reconsideration to Court's Grant of Defendant Quizlet's Summary Judgment Motion and finding good cause therefor, hereby GRANTS the Stipulation as follows:

| Event | Current Date | New Date |
|---|---|---|
| Defendant's last day to file response to Plaintiff's Motion | August 7, 2026 | August 21, 2026 |
| Plaintiff's last day to file reply in support of its Motion | August 14, 2026 | September 4, 2026 |
| Hearing on Plaintiff's Motion | August 28, 2026 | September 25, 2026 |

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Honorable Wesley L. Hsu
United States District Court Judge