JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC.,<br>Plaintiff,<br>v.<br>QUIZLET, INC.,<br>Defendant. | Case No. 2:24-cv-5964-WLH-E _<br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT QUIZLET, INC. [169]** |

On July 14, 2026, the Court issued its Order Re Defendant's Motion for Summary Judgment (Order re MSJ, Dkt. No. 155), granting Defendant Quizlet, Inc.'s ("Defendant") Motion for Summary Judgment (Mot., Dkt. Nos. 146, 152) in its entirety as to all claims asserted in Plaintiff Barkley & Associates, Inc.'s ("Plaintiff") First Amended Complaint.

On September 29, 2026, the Court denied Plaintiff Barkley & Associates, Inc.'s Motion for Reconsideration of that Order. (Order re Mot. for Reconsideration, Dkt. No. 165). The Court's July 14, 2026, Order therefore stands as issued, and no claims remain for adjudication.

Accordingly, the Court **ORDERS** the following:

1. Judgment is entered in favor of Defendant and against Plaintiff on all claims asserted in Plaintiff's First Amended Complaint.

2. Plaintiff shall take nothing by its First Amended Complaint, and this action is dismissed on the merits with prejudice.

3. Defendant is the prevailing party and may recover its costs upon application to the Clerk pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.

4. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 21, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE